

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | CIVIL ACTION NO. |
| VS. | : | 3:02-CV-1401(AWT) |
| | : | |
| WINCHESTER BOARD OF EDUCATION | : | JANUARY 5, 2004 |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The defendant, Winchester Board of Education, by and through its undersigned attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for entry of a partial summary final judgment in its favor and against the plaintiff, and as grounds therefor would show that the pleadings, deposition of the plaintiff, answers to interrogatories, responses to requests for admissions and for production, and affidavits show that there is no genuine issue as to any material fact relating to certain of the claims against this defendant; more specifically, with respect to the claims for unpaid overtime compensation; for retaliation for complaining of the defendant's failure to pay legally required wages; for termination of employment in violation of Connecticut public policy; for adverse employment action in retaliation for her exercise of her rights of freedom of speech, freedom to petition for redress of grievances and freedom to associate herself with an attorney; and for intentional sex discrimination, and that the defendant is entitled to partial summary final judgment in its favor against the plaintiff on those claims as a matter of law.

**ORAL ARGUMENT IS REQUESTED**

A memorandum of law in support of this motion, and the Defendant's Local Rule 56(a)(1) Statement, are filed herewith.

WHEREFORE, the defendant respectfully requests that this Court enter its order granting partial summary judgment in favor of the defendant and against the plaintiff as more particularly set forth in the memorandum of law fled herewith and for the reasons stated therein.

DEFENDANT,
WINCHESTER BOARD OF EDUCATION

Deborah E. Roser (ct 24005)
Peter J. Ponziani (ct 05265)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 (Fax)

**CERTIFICATE OF SERVICE**

This is to certify that a true copy of the foregoing Defendant's Motion for Partial Summary Judgment was served by U.S. Mail, postage prepaid, this 5th day of January, 2004, to:

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Mark J. Sommaruga
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT  06105

_____
Deborah E. Roser