FILED

2004 JAN 26 P 2: 36

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
HARTFORD, CT.

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | |
| VS. | : | NO. 3:02CV1401(AWT) |
| WINCHESTER BOARD OF EDUCATION | : | JANUARY 24, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for a two-week extension of time, until February 9, 2004, to file her response to the defendant's Motion for Partial Summary Judgment. In support of this motion, she represents as follows:

1. Her brief currently is due on January 26, 2004.

2. No previous motions for extension of time have been filed.

3. Defense counsel is unavailable to state her position on this motion.

4. The undersigned will be away on vacation for one week beginning later today and has been unable to complete the response to said motion prior to departing.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Mark J. Sommaruga, Esq., Sullivan, Schoen, Campane & Connon, 646 Prospect Avenue, Hartford, CT 06105; and Attorneys Peter J. Ponziani, and Deborah E. Roser at Litchfield Cavo, 40 Tower Lane, Suite 200, Avon, CT 06001.

_____
JOHN R. WILLIAMS