

FILED

2004 JAN 26  P 2: 36

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESSA SHAKER | : |
| VS. | : NO. 3:02CV1401(AWT) |
| WINCHESTER BOARD OF EDUCATION | : JANUARY 24, 2004 |

## MOTION FOR EXTENSION OF TIME

Plaintiff respectfully moves for a two-week extension of time, until February 9, 2004, to file her response to the defendant's Motion for Partial Summary Judgment. In support of this motion, she represents as follows:

1. Her brief currently is due on January 26, 2004.

2. No previous motions for extension of time have been filed.

3. Defense counsel is unavailable to state her position on this motion.

4. The undersigned will be away on vacation for one week beginning later today and has been unable to complete the response to said motion prior to departing.

Extension GRANTED, nunc pro tunc,
to and including February 9, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/27/04

FILED 2004 JAN 28 P 2: 24 U.S. DISTRICT COURT HARTFORD, CT