```
 1                UNITED STATES DISTRICT COURT
 2                   DISTRICT OF CONNECTICUT
 3
 4
 5
 6   TERESSA SHAKER              :  Civil Action No.
                                 :  3:02-CV-1401(AWT)
 7            V.                 :
                                 :
 8   WINCHESTER BOARD OF EDUCATION :  October 20, 2003
 9
10
11
12              DEPOSITION OF DAVID VILLA
13
14
15
16
17
18
19
20
21
22              BARBARA C. LETSON
23         Licensed Shorthand Reporter
                49 Long View Drive
24         Simsbury, Connecticut  06070
                 (860) 658-0500
25              FAX (860) 658-1199
```

```
 1   A P P E A R A N C E S:

 2           WILLIAMS & PATTIS, LLC
             Attorneys for Plaintiff
 3           51 Elm Street
             New Haven, CT  06510
 4               BY:  KATRENA ENGSTROM, ESQ.

 5


 6           LITCHFIELD CAVO
             Attorneys for Defendant
 7           40 Tower Lane
             Avon, CT  06001
 8               BY:  PETER J. PONZIANI, ESQ.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          Deposition of David Villa, a Witness in
 2   the above-entitled action, taken at the request of the
 3   Defendant, Winchester Board of Education, pursuant to
 4   Notice for purposes of discovery and/or use at trial,
 5   on October 20, 2003, commencing at 2:26 p.m., before
 6   Barbara C. Letson, a Notary Public qualified by law to
 7   administer oaths, at the offices of Litchfield Cavo,
 8   Attorneys at Law, 40 Tower Lane, Avon, Connecticut 06001.
 9
10
11
12
13              S T I P U L A T I O N S
14
15          It was stipulated and agreed by counsel
16   that all formalities in connection with the taking of the
17   deposition, including time, place, and sufficiency of
18   notice, were complied with; that the qualifications of the
19   Notary Public were waived; and that all objections except
20   as to form were reserved to the time of trial.
21
22
23
24
25
```

D A V I D   V I L L A,

a Witness herein, having
been first duly cautioned and
sworn by Barbara C. Letson, a
Notary Public commissioned and
qualified within and for the
State of Connecticut, deposed
and testified as follows:

DIRECT EXAMINATION BY MR. PONZIANI:

Q   Mr. Villa, am I pronouncing your name correctly?

A   Yes, you are.

Q   My name is Peter Ponziani and I represent the Town of Winchester in conjunction with a lawsuit that has been brought by Teressa Shaker. And we are here to ask you some questions about that lawsuit.

You told me before the start of the deposition that you have been deposed previously and are familiar with the process. Let me just take a second to explain the ground rules that we'll be working under here this afternoon.

In the first instance, sir, if you don't understand a question that I ask you, please let me know

1 that and I will rephrase it. Otherwise, everyone will
2 assume that you understood the question that was asked.
3       Secondly, please remember to respond verbally
4 rather than just nodding your head because we need a
5 verbal response for the transcript that will be prepared
6 after this deposition has been completed.
7       And finally, try to let me finish my question
8 before you respond, even though you may anticipate the
9 question that I ask. You may know the answer and I'll try
10 to let you finish your answer before I ask another
11 question.
12       If we both remember to do that, then neither
13 one of us will be speaking simultaneously which is going
14 to make the stenographer's job a lot easier in conjunction
15 with the transcript that will be prepared; okay?
16    A   Fine.
17    Q   Good. Sir, are you presently taking any kind
18 of medication that would affect your ability to either
19 understand or respond to my questions?
20    A   No.
21    Q   Okay. And your present address, sir?
22    A   Mailing or actual address? Residence.
23    Q   Actual residence.
24    A   109 Oakdale Avenue, Winsted, Connecticut.
25    Q   And you are here today pursuant to a subpoena;

1  is that correct?
2        A    That is correct.
3        Q    Can you tell me what your date of birth is?
4        A    4-19-52.
5        Q    And, sir, are you employed?
6        A    Yes, I am.
7        Q    Can you tell me where you are employed at the
8  present time?
9        A    I operate a company called Systems
10 Applications.  Provides network design and equipment
11 services.  Computer network design.
12       Q    Do you have any employees?
13       A    No.
14       Q    Okay.  How long have you been operating that
15 company, sir?
16       A    Three years.
17       Q    And can you tell me what your training and
18 education is in conjunction with your present business?
19       A    Education, none.
20       Q    Okay.  Training?
21       A    I'm a master certified Novell engineer; I'm a
22 certified network engineer; I'm a certified administrator;
23 I'm a certified project manager, relative to my current
24 endeavors.
25       Q    Can you tell me when you obtained each of

```
 1   those certificates?
 2        A    I first became certified in May of 1996 as an
 3   admin -- of '98.  Of -- yeah, I'm sorry.  Of May of '98 as
 4   an administrator.  I became certified -- my first
 5   engineering certification was issued, I believe it was
 6   October of '98.  And, subsequently, I received
 7   certifications -- I currently hold 14 specific
 8   certificates at the moment, the last one being issued on
 9   or about 7-10 as a master engineer.
10        Q    Okay.
11        A    Master certified engineer.
12        Q    Do all of those certificates relate to
13   different types of computer programs?
14        A    Systems.
15        Q    Systems.
16        A    Operating systems and other features.
17   Design.  They are issued in different forms with different
18   subjects.
19        Q    Okay.  And can you tell me, sir, what your
20   educational background is in general?
21        A    I'm a graduate of the University of New
22   Haven.  Graduate of the Department of Justice, National
23   Institutes of Justice Management Training Center.  I've
24   attended managerial, supervisory, and administrative
25   training courses offered by the Office of Labor Relations,
```

1   the Department of Administrative Services, the Department
2   of Correction, Division of Criminal Justice; all related
3   to my former profession.
4       Q   Which was what?
5       A   I am a retired official of the State.  My
6   retire -- at the time of my retirement, I was an
7   administrative captain with the Connecticut Department of
8   Correction.
9       Q   How long were you employed by the Department
10  of Correction?
11      A   Twenty years or thereabouts.  Nineteen and a
12  half years, and I went out on my vacation time for the
13  balance.
14      Q   And your degree at UNH was in --
15      A   Criminal justice administrator.
16      Q   -- what major?  How did you get into computer
17  network design?
18      A   At the time of my retirement, I took about a
19  year off to decompress from the line of work I was
20  involved in.  I found that retirement wasn't everything it
21  was cracked up to be and sought to avail myself of another
22  career totally unrelated to my former avocation.
23          In viewing what was thought to be career paths
24  that were expanding, I identified information technology
25  and began a course of study through Novell leading to my

1  first two certificates.
2      Q    Okay.  And for how long was that course of
3  study?
4      A    About a year full-time.
5      Q    And when did you retire from the Department of
6  Corrections?
7      A    I believe the date is July 1st of '94, if I'm
8  not mistaken.
9      Q    When did you begin your year of full-time
10 study with Novell?
11     A    I believe it was early 1996.
12     Q    And where did you take the --
13     A    The course work?
14     Q    Yes, sir.
15     A    At their site facility at Southern
16 Connecticut.  Connecticut Computer Services, Plantsville,
17 Connecticut.
18     Q    So the engineering certificate that you
19 referenced earlier has to do with, again, computer network
20 design?
21     A    Well, it's a general engineering certificate
22 that the Novell Corporation, which manufactures and sells
23 software, network operating systems software, certifies
24 you as an engineer based on standardized course work and
25 competitive standard testing.

```
 1        Q    Okay.  As an engineer, what can you do in
 2   conjunction with the systems?
 3        A    Anything I want.
 4        Q    Okay.  You're talking to someone who is fairly
 5   computer illiterate, so bear with me.
 6        A    Okay.  Essentially, what is done is that I --
 7   at the level that I first had, I might go in and build
 8   servers, connect servers, attach devices, transfer data,
 9   backup systems, things of that nature.
10             At the level I'm at now, I design systems from
11   a point what is referred to as the D mark, which is where
12   you connect to the outside world inward.  So anything that
13   would be inside a building or provide conductivity through
14   any number of means between one site and another site or
15   any manner of media.  Anything.
16        Q    Okay.
17        A    Create directory systems.
18        Q    And, sir, how long have you lived in Winsted?
19        A    Since 1996.
20        Q    Where did you live before that?
21        A    Bridgeport, Connecticut.
22        Q    In conjunction with your present employment,
23   did you have occasion to do any work for the Town of
24   Winchester Board of Education?
25        A    Yes, I did.
```

```
 1      Q    And when did that begin?
 2      A    I believe I first met with superintendent
 3 Palmer on or about the 1st of August of 2001, if I'm not
 4 mistaken.
 5      Q    And how did it come about that you met with
 6 Superintendent Palmer at that time?
 7      A    I sent -- actually, it was apparently by
 8 virtue of a referral from the superintendent of a school
 9 district that I was in the direct employ of at the time.
10      Q    Okay.  And what school district was that?
11      A    That is the Northwestern Regional School
12 District Number 7.
13      Q    Who was the individual that referred you to
14 Winchester?
15      A    Richard Carmelick (phonetic).  No, I don't
16 know how to spell it.
17      Q    Are school districts a particular type of
18 entity to whom you lend yourself out --
19      A    Yes.
20      Q    -- in connection with your business?  Are
21 there other school districts that you do work for?
22      A    Yes.
23      Q    What other districts?
24      A    Not at liberty to -- nondisclosure agreements
25 with all of them.
```

```
 1   staff who was responsible for the operation.  She asked me
 2   to look it over.
 3        Q    Okay.  And then --
 4        A    And give her some sort of report on that
 5   basis.
 6        Q    Did she suggest to you when you and she first
 7   met that there were problems with either the system itself
 8   or with the people who were working with the system and
 9   that she wanted you to look into it?
10        A    She's a certified superintendent.  Her
11   knowledge of technology is limited.  She had concerns, I
12   think is the better word for it.
13        Q    Were the concerns her own or was she the
14   messenger for somebody else?
15        A    You would have to ask her.  I don't know.
16        Q    She didn't communicate that to you at --
17        A    I don't have a recollection of that.
18        Q    When you and she met on or about August 1st,
19   how long did that meeting take place?
20        A    I believe it was about a half hour, 40
21   minutes.
22        Q    As a result of this meeting, was there any
23   written contract that was drawn up in conjunction with
24   your services at that time?
25        A    I believe I signed a nondisclosure agreement,
```

```
 1    as is my habit, and she indicated to me that she was going
 2    to communicae with her counsel and draw up a personal
 3    services contract for me as an individual.
 4         Q    Did that happen?
 5         A    Yes; sometime later.
 6         Q    Do you still have a copy of that contract?
 7         A    Yeah, I'm sure I do.
 8         Q    Okay.  What was the next thing that you did in
 9    conjunction with that contract?
10         A    I believe I sent her a letter.
11         Q    Okay.  And a letter about what?
12         A    What I had found at the time of my inspection
13    of their system.
14         Q    Okay.  But, obviously, before you were able to
15    send her a letter you had to conduct an inspection?
16         A    Yes.
17         Q    Okay.
18         A    Well, that would be in between the time of our
19    discussion.  The inspection was conducted, the letter of
20    agreement was then executed, and I gave her a written
21    report as to what I found.
22         Q    I see.  And how long did your inspection take?
23         A    All day.  One day.  Eight hours.
24         Q    Okay.  And what did the inspection consist
25    of?
```