1   A    Physically looking at the servers,
2   ascertaining the condition of the server room, viewing the
3   organization of the network, its logical organization,
4   time sequencing, how it was functioning, any errors that
5   were present, the general layout of the wiring closets,
6   the cable connect -- you know, the layout of the cabling
7   between the structures, the multiple structures.
8   Q    Okay.  I take it --
9   A    It did not -- it did not include the viewing
10  of data in general.  No data.
11  Q    Okay.  This involved multiple buildings --
12  A    Yes, it did.
13  Q    -- multiple locations.  Did you meet with any
14  of the individuals who were responsible for running the
15  system?
16  A    I met with Teressa Shaker.
17  Q    Is she --
18  A    At the Pearson School.
19  Q    Is she the only one that you met with?
20  A    No.  I met with Harry Baker, who at the time
21  was the principal of the alternative high school, I
22  believe was present then.  They had another consultant.  I
23  can't think of his name.  There was another consultant to
24  the superintendent, John.
25  Q    Coster?

1  A   Yes.

2  Q   And what was your understanding of Teressa
3  Shaker's position?

4  A   I understood her to be the administrator of
5  the network.

6  Q   And was she --

7  A   Or she functioned in that capacity.

8  Q   And Mr. Baker?

9  A   He was the principal of the alternative high
10 school, and I don't know if -- I don't want to use a title
11 he doesn't really have, but he was present in a number of
12 meetings with myself and the superintendent so he
13 functioned as -- appeared to function as a very close
14 associate of the superintendent beyond his normal duties
15 as the principal.

16 Q   Did he have anything to do with the system?

17 A   Not that I'm aware of, no.  He was a user as
18 far as I know.

19 Q   Okay.  And how about Mr. Coster, what was his
20 position or your understanding of his position?

21 A   My understanding, I understood him to be an
22 outside vendor and contractor and consultant.

23 Q   And who did he work for?

24 A   I have no idea.

25 Q   Okay.  Why did you meet with him?

1  A   Because he had some involvement in the
2  original purchasing and set up of the network that I was
3  going to view.
4  Q   And did you meet or interview Ms. Shaker?
5  A   I asked her to show me around and to turn
6  certain elements of the system on because I did not
7  possess any passwords or commands to the system to do
8  anything.
9  Q   And when you completed your investigation,
10 what did you determine?
11 A   I ascertained that the system was unlicensed.
12 Q   The system was?
13 A   Unlicensed; that the licensing on the
14 operating system of the network was invalid.
15 Q   Was what?
16 A   Invalid.
17 Q   Invalid; okay.  And how did you make that
18 determination?
19 A   I drew a call of the numbers -- commanded the
20 numbers that exist on the server's licenses and checked
21 those licenses against the licensure documents in
22 possession of the Winchester Board of Education, and at
23 that time I ascertained that they had not -- they had not
24 completed an execution of contract they had with the
25 Novell Corporation which made all the licenses void.

1   Q   What does that mean as far as the day-to-day
2   operation of the system is concerned?
3   A   They were operating on bootleg software. The
4   software was not theirs to use.
5   Q   Is that a crime?
6   A   I'm no longer in law enforcement, Counselor.
7   All I know is my certifications and agreements with
8   manufacturers prevent me from so much as even touching a
9   machine that has unlicensed software on it without me
10  calling the manufacturer. I'm compelled by my agreements.
11  Q   Okay. So once you found out that the system
12  was unlicensed, what did you do?
13  A   I called the Novell Corporation.
14  Q   Okay. And what happened as a result of that
15  call?
16  A   Well, I was advised by Novell that they had a
17  contract with the Winchester -- it's referred to as an
18  SLA. It's a common feature that many school districts
19  avail themselves of and for a fee, based on your
20  population by head, you pay the Novell Corporation a fee
21  annually. And upon the payment of that fee, you're
22  entitled to use so much software. They had not paid their
23  bill for about eighteen months.
24  Q   I see.
25  A   So where it becomes topical is that if there's

1   Q   Okay. And then did you do anything else until
2   the licensing issue got squared away?
3   A   No. I don't believe so.
4   Q   Okay. Once the licensing issue got squared
5   away, what was your next involvement in conjunction with
6   the Board of Education system?
7   A   I believe I was able to convince the
8   superintendent to engage in some limited purchases on
9   items that were essential for the continuation of the
10  system. I presented to her a design of a new network
11  apparatus that could be done at the same time their system
12  was -- the system that was operating at the time I first
13  viewed it was in failure, meaning there's -- in
14  communications and networks there's three features that
15  are kind of topical. The first one is time. That system
16  was operating on synthetic time, which is a term of art
17  that we use when the time across a point of locations is
18  disparate. That cannot happen.
19      So instead of issuing bad times on files, the
20  server or the directory issues an order stating that they
21  are going to move to synthetic time or imaginary time, or
22  at least that the server will set itself.
23      That was the first issue.
24      The second issue was that several of the
25  servers that were present at the system was based on --

1  were obsolete and didn't possess the recquisite
2  recommended memory to function.
3        Software requires certain amounts of memory
4  just to idle, and when they're put under load, the load
5  causes the server to fail or stall. And we're referring
6  to what is abend (phonetic), or abnormal end of
7  operation.
8        So it was also clear that another issue that
9  was present in that system was a lack of synchronicity,
10 meaning that the distributed data base that was present
11 there, which was composed of the user accounts and all the
12 information relative to users, was not synchronizing
13 across the network so that if you logged in at one place
14 and made a directory call, you would get one set of
15 information, and if you logged in at another place in the
16 network, you would get different information. And that is
17 not the way they're supposed to work.
18        So in explaining that, Superintendent Palmer
19 gave me limited authorization to purchase some equipment
20 through the Compac Computer Corporation where at
21 Northwestern, my employer at the time, has accounts, and
22 which is different than the way they were buying equipment
23 before, buying it directly from manufacturers and some
24 significant saving.
25        So I began building servers. And when you

```
 1   install the first server, I refer to another term of art,
 2   planting a new tree, so I was planting a new system.
 3   Like, think of a wine vineyard when a part of the vine is
 4   attacked.  They may chop off a section of the vine and
 5   take a vine from another more successful grape and bind it
 6   to it.  That will cause a mutation and a muted form of the
 7   vine will grow off it.
 8            In this case, it was the intention to seat
 9   some new servers in that network while allowing the old
10   network to continue to function as best it could until we
11   could place servers at the various schools and achieve
12   what is referred to as cutover, where all the data is
13   moved from one dying system into a new system, so that the
14   users -- that this transition would be transparent to the
15   users.
16            Along those lines I believe I built six or
17   seven servers and placed them at different locations, one
18   at Hinsdale, one at Bachelor, and a group of them at the
19   Pearson site.
20       Q    Okay.
21       A    And connected them into the grid.
22       Q    Okay.  And while you were involved in doing
23   this, was your sole connection with the Town of Winchester
24   Ms. Palmer?
25       A    No.  I had occasion to on an almost every time
```

1   I was in the building, I would speak with Ms. Shaker and
2   another individual by the name of Joe Cifaldi.
3       Q   Who was?
4       A   He was an educator who was transitioning into
5   technology.
6       Q   How about with any members of the Board of
7   Education, any discussions with them about what you
8   would --
9       A   Some of them were not particularly
10  complimentary, but I believe that sometime subsequent
11  to -- I believe sometime in October I had occasion to
12  appear before the Board of Education.
13      Q   Okay. Let's --
14      A   I was asked some questions by them.
15      Q   Okay. We'll get to that in a minute. How
16  were you compensated by the Town?
17      A   On an hourly wage, hourly consulting fee.
18      Q   What was your hourly rate?
19      A   I think it was $67.22 an hour with the
20  discount, whatever the discount rate is for school
21  districts.
22      Q   Okay.
23      A   My normal is somewhat higher than that.
24      Q   Were you given a limitation as to how many
25  hours you could spend?

1        And I think it was about fourteen hundred user
2   accounts were created on top of everything so -- and then
3   there was I think one last piece.  There was a disaster
4   recovery scheme put together where I built a group of
5   servers, old servers, that in the event -- because I had
6   concerns -- in the event there was a catastrophic failure
7   between the schools, there would be a group of hardware
8   devices that could be placed rather rapidly to restore
9   that -- restore communication backup.  They are backed up,
10  meaning they were held in this one location.
11       I believe that there was also some transfer of
12  some equipment from Northwestern that we had obsoleted for
13  their benefit and that was when it was installed.
14       I made a survey of all the licensure issues
15  that were related to applications that were present in the
16  operating system for local machines so it was a fairly
17  all-encompassing little project.
18       Q    When did you complete your efforts on this
19  matter?
20       A    I've never completed the efforts.  I've
21  terminated my arrangement with the Winchester Board and
22  the superintendent.
23       Q    When was that?
24       A    I believe it was February 1 of 2002 if I'm not
25  mistaken.  I gave my notice.

1    Q    Okay.  Up to the point where you did that, how
2  far along had you gotten?
3    A    Quite a ways.
4    Q    Tell me where you were.
5    A    At the last point, at the D mark, we were
6  from -- you pick a point and you move towards that point.
7  There had been a -- their source of connection to the
8  internet was on a DSL line -- digital service line,
9  digital subtree (phonetic) line, designated subscriber
10 line, whatever phrase you like to use -- and at that point
11 there was a small router there that acted as a bottleneck
12 on the system.  And the router that was present there was
13 a proprietary router, meaning that it was owned by the
14 company that issued them, the software.  Their proxy
15 service, which is when you double click on the icon to
16 take you to the internet, had been altered.
17       The Child Internet Protection Act requires
18 screening software and had installed a particular kind of
19 small server to provide that server.  And they had
20 internet access screen for students, and what we were
21 trying to do is put the e-mail service back up and
22 for people -- you could get out from the network, but
23 nobody could get in because of the nature of the firewall
24 that was in place because there was not a secure router at
25 that point.

```
 1              I had ordered the router to install there and
 2   there were other issues that came into place and that
 3   router was never installed.
 4        Q    Okay.  If you had to give an estimate in terms
 5   of percentage as to how far you got --
 6        A    Ninety-five percent.
 7        Q    Okay.  As part of your assignment, were you
 8   asked to evaluate the personnel that were running the
 9   system?
10        A    I was asked what I thought.
11        Q    Okay.  And who asked you what you thought?
12        A    I believe I was asked publicly at a Board of
13   Education meeting by three members.  I know I was asked by
14   Judy Palmer what I thought.  I think I was asked by three
15   members of the Board of Education when they visited
16   Northwestern, the big complex at Northwestern.
17        Q    Okay.  And when you say at a board meeting,
18   was this the October board meeting?
19        A    I believe it was.
20        Q    Was there anybody else who was employed by the
21   Town of Winchester Board of Education who worked
22   exclusively with the system besides Teressa Shaker?
23        A    Joe Cifaldi.
24        Q    Okay.
25        A    And I believe they had three individuals, one
```

Case 3:02-cv-01401-AWT    Document 27-3    Filed 02/09/2004    Page 12 of 13
42

```
 1   in each school that were -- held title of technology
 2   coordinators.  And I still don't know what they did or
 3   didn't do.  I have no idea what they did.
 4        Q    Were you asked what you thought about each of
 5   those individuals?
 6        A    I was asked singularly about one individual.
 7        Q    Who was that?
 8        A    Teressa Shaker.
 9        Q    And when was the first time you were asked
10   about Ms. Shaker?
11        A    I think it was probably early 19 -- no, early
12   2001.
13        Q    When did you say you started working again?
14   Was it mid-2000?
15        A    Now I'm getting confused.  I started working
16   for them in August 2001.
17        Q    Okay.
18        A    In early 2001 I had a visitation from three
19   members of the Winchester Board of Education at the
20   Northwestern Regional School District complex.  They
21   wanted to look at the network that we had at Northwestern
22   at the time.
23        Q    And this was before you --
24        A    Even had any connection with Northwestern -- I
25   mean with Winchester.
```

ALLAN REPORTING SERVICE (860) 658-0500
49 LONG VIEW DRIVE, SIMSBURY, CT  06070-2643

```
 1        Q    Okay.  And at that time they asked you about
 2   Ms. Shaker?
 3        A    What they said was, I believe it was Art who
 4   brought it up, they had somebody there that had gone
 5   through some of the course work to become certified and
 6   that as a group they were unhappy with the end result of
 7   the way things were running over there.
 8             Now, these folks are not -- not technically
 9   competent, and I kind of demurred inasmuch it was very
10   clear to me that they didn't have a good information
11   strain to provide.  And the only reason that I was talking
12   to them was to show them around, what we had achieved at
13   Northwestern.
14             I believe the name Teressa Shaker first was
15   brought to my attention at that point as the individual
16   who was running things over there, or trying to run
17   things.
18        Q    Okay.  Did you know her personally at that
19   time?
20        A    No.
21        Q    Had you ever met her before you began working
22   for the system?
23        A    No.
24        Q    And you said three individuals came to see you
25   in early 2001.  One of them was Art Melycher?
```