```
 1       A    Uh-huh.
 2       Q    Yes?
 3       A    Yes.
 4       Q    Who else?
 5       A    I believe the other one there -- they were
 6  identified as the quote/unquote girls.  That's what they
 7  refer to each other as.  I don't know why, but that's the
 8  way it is -- I'm trying to think of who it is.  One of
 9  them -- they're both current members of the board at this
10  moment.  I believe one sits as the chairman of the current
11  finance committee of the Board of Education.  Lynn Brewer
12  (phonetic) I think her name is.  The third party I have no
13  idea.  I don't remember.
14       Q    And so at that time what did they ask you
15  about Ms. Shaker?
16       A    They wanted to know, you know, that she --
17  seemed to be important that they had somebody that wasn't
18  certified and they knew they had certified people at
19  Northwestern.  And my response was, Well, train 'em.  Not
20  happy?  Train 'em.
21            They're tough to find people.  It takes a
22  certain skill to do this.  It's not easily achieved.  If
23  you've got somebody that's doing the work, send them to
24  school.
25       Q    Okay.  And was that the only inquiry you had
```

1   about Ms. Shaker until you began working with the board?
2       A   I believe -- well, no, not exactly.  During
3   the summer of -- the summer that year I was home a little
4   bit more often.  My wife was about to deliver a baby, and
5   so there was a lot of things going on so I was home quite
6   a bit.
7           And I believe before I even started that I had
8   a conversation with Art Melycher by phone regarding the
9   state of the network over there.  That would be my
10  recollection; sometime during the course of the summer.
11      Q   But before August when you started working?
12      A   Yes.
13      Q   And tell me about that phone conversation.
14      A   I believe it was at a time when there was a
15  transition.  They were transitioning superintendents and
16  he wanted to know if anybody had ever contacted me from
17  the board -- I mean from the superintendent's office --
18  regarding coming in and taking a look at things.
19      Q   What did you tell him?
20      A   No.
21      Q   Okay.  And then what happened?
22      A   Ultimately, I was contacted by the
23  superintendent.
24      Q   When he called you at that time, was there a
25  discussion about Ms. Shaker?

1   A   Her name may have come up. I believe her name
2   did come up, but I don't have a recollection of anything
3   other than the name coming up.
4   Q   Okay.
5   A   The two parties that actually -- it was two
6   people, John Coster and her.
7   Q   Okay. So when was the next time that you had
8   any discussions with either somebody in the administration
9   or the Board of Education about Ms. Shaker?
10   A   I received a phone call probably in late
11   September from Art Melycher.
12   Q   Late September of --
13   A   Yes.
14   Q   -- '01 now? So this was about a month or
15   so --
16   A   Into it.
17   Q   -- into it? Okay.
18   A   And he made a general inquiry relative to, you
19   know, what's going on, you know, kind of a series of
20   open-ended questions. He was fishing. What was Palmer
21   doing about this and Palmer doing about that and, you
22   know, what are you doing here and, you know, that's -- a
23   real fishing expedition.
24   And in any event, he had occasion to mention
25   Teressa Shaker again, and, you know, I said, Well, she's

1   there, you know. She's, you know, knows the system, you
2   know. I got these other things I'm doing, you know. Two
3   different things here.
4           So we'd really like you to come to work for
5   us.
6   Q   Melycher said this?
7   A   Yes.
8   Q   And I indicated to Art at the time, you know,
9   I'm -- I work for Northwestern, I don't need another job.
10  I don't need another -- I just want to get through this
11  and move on.
12  Q   Let me just interrupt for one second. You
13  said you work for Northwestern. Is that separate and
14  apart from your business?
15  A   Yes, of course. At the time it was. At the
16  time.
17  Q   Okay.
18  A   Yes.
19  Q   Was that your full-time position --
20  A   Yes.
21  Q   -- at the time?
22  A   Yes.
23  Q   And then you had your business on the side?
24  A   Yes.
25  Q   Okay. When did you cease working for

1  Northwestern?
2      A    I'm -- as a direct employee?
3      Q    Yes.
4      A    I believe January 2002.
5      Q    Okay.  And you still do work for them as a
6  consultant?
7      A    Yes.
8      Q    Okay.  And now you are in the consulting field
9  full-time?
10     A    As much as I want to be.
11     Q    Right.  But no other full-time employment?
12     A    No.
13     Q    So you told him at the time that you already
14 had a full-time job and weren't interested?
15     A    Yes.
16     Q    What was his response?
17     A    Well, we need an engineer.
18     Q    I says, Well, you got somebody over there.
19 Send her to school.  Let her finish the course work.  Let
20 her take the tests.  Send her to school.
21          I said, What are you paying her?  So he -- so
22 having stated an amount, I remember my recollection was,
23 Well, you know, you go get her certified because you're
24 never going to get an engineer for that kind of money.
25     Q    What was his response?

```
 1        A    I don't -- he went on about some of the
 2   politics related to certain things that have happened in
 3   Winchester, not specific to the network piece, but the
 4   transition the Board of Education was going through, and
 5   it was an election that was about to occur in November
 6   that would change the composition of the board.
 7             I'm on the town committee, but I'm not
 8   particularly political in these things.  He's a Democrat
 9   and I'm a Republican so, you know.
10             Winsted is a very peculiar town.  People talk
11   all the time so there are no secrets in town, almost none,
12   so he was fishing.
13             So with that, you know, I, basically, told him
14   that, you know, things were progressing along.  If he had
15   questions relative to how things were being done, he
16   needed to speak to the superintendent because that's who I
17   work for and who I answer to.  And I didn't like the idea
18   of a direct board member contact because that's not how I
19   wanted to do things.
20        Q    Okay.  So what happened next?
21        A    Sometime between the middle of September -- it
22   would have to have been after the 15th of September
23   because I was in Florida for a while -- and the October --
24   I believe it was the 21st meeting of -- it was the second
25   meeting in October of the board of Education just prior to
```

1   the election -- my wife and I were seated with our baby at
2   the table, and we don't live in a very urban area, so if a
3   car pulls in up on Oakdale Avenue, the dogs start barking
4   before it gets to top of the hill.  We're out of the way.
5           A car and a driver -- actually, a
6   white-paneled vehicle, Dodge vehicle -- in the driveway
7   and I go outside into the garage and Art Melycher elopes
8   from the vehicle and enters the garage where I live.
9           Doors open and my wife sticks her head out the
10  door and sees that it's Art Melycher, who she knows, and
11  Hello, Art.  How you doing?
12          And I offer Art a beer.  And we proceed to
13  have a conversation where he indicates to me that he
14  represents a group of members of the board that very much
15  want me to come to work for them.
16          And I indicate to him I'm not interested.
17          He indicates to me that he doesn't care what
18  it takes, Shaker's going.  Shaker's out of there.
19          I took that to mean that her association with
20  the Winchester schools is about -- something's about to
21  happen.  I remind Mr. Melycher that I am the chairman and
22  president of the Civil Service Commission of the Town of
23  Winchester, and I can't have a conversation like this
24  about public employees; and that I ask him to, you know, I
25  can't do this.  And whatever he wants to do, he's got to

1  go see Ms. Palmer.
2       And with that we go on talking politics. I
3  think he had two more beers, and the reason I remember
4  this with such clarity is that, you know, Art's been in my
5  house and he knows how many bathrooms we got. And he went
6  out the side door of my garage and urinated on the side of
7  my house. That's not something you easily forget.
8       Q   This was after he left or --
9       A   Oh, no. He just had another beer, went
10 outside, urinated on the side of my house, and came back
11 and lit a cigarette, and went on about the political
12 nonsense in town.
13      I indicated to him I wasn't interested in
14 going to work for the Town.
15      Several days later around dinnertime again the
16 dogs start barking again and there's this white panel
17 truck and my wife looks out the window, and I'm not going
18 to repeat the expletives that were used relative to who's
19 here. He's here again.
20      Comes to the side door of the garage, comes
21 in, sits down at the kitchen table, got a bottle of wine
22 with him, and same conversation. She's going. We want
23 you to work for the town.
24      I don't want to work for the town. I can't
25 get involved in this. I got this other thing I'm doing.

1  I'm not going to get involved with this.
2           My wife then tells me that Mr. Melycher is no
3  longer going -- you know, he had apparently stopped
4  someplace before and my wife was very distressed in seeing
5  him and very distressed that he had come in unannounced
6  and upset the natural course of events of the house and
7  was really, really ticked off that she had to be subjected
8  to this sort of nonsense.
9           In any event, the conversation turns to
10 something else and he asked me to sign an application to
11 join the American Legion as a functionary.  He's a
12 functionary in the American Legion.  I gave him $20 for
13 the application fee and he left, and I got my ears chewed
14 off by my wife, naturally.
15          In the course of all this, I had occasion to
16 report that to Ms. Palmer as the superintendent.  I
17 believe I did it verbally in her office.  I believe Harry
18 Baker may have been present during the course of that
19 conversation.  I indicated to how her how distressed I was
20 over it.
21          In any event, I had occasion to be at the
22 meeting of the board of Education in October.
23     Q    Let me just ask you one question before you
24 get to that.  Why were you distressed?
25     A    First off, as I said, I'm only there as a

1  consultant. You know, I don't care what they do. I don't
2  want to have a prior knowledge of it, first.
3         Second, for five years I sat as the head of
4  the Civil Service of the municipality with a good
5  reputation. I didn't want it sullied or besmirched about
6  by some political nonsense that somebody was going to do
7  or may do or even discuss.
8         I was very uncomfortable with the nature of
9  the conversation. Although people that are in the employ
10 of the Winchester Board of Education are not subject to
11 Civil Service rules, they are kind of a shadow of what we
12 are. I don't know if -- I'm not familiar with their rules
13 particularly, but, you know, having spent a lot of time to
14 build the Civil Service system, I found it distasteful.
15    Q   What was your position in the Civil Service?
16    A   President, chairman.
17    Q   And that's a board?
18    A   Yes.
19    Q   What's the function of that board?
20    A   We do all the testing and handle grievances
21 and like Civil Service, we determine who is actually -- we
22 determine whether or not discipline is appropriate and we
23 are the final authority to terminate any employee.
24    Q   So this was for hiring, firing, and
25 disciplining municipal employees?

1   A   Yes.
2   Q   Is that an elective position?
3   A   No; appointive.
4   Q   Are you still a member of that position?
5   A   No. My term expired. Six years of that was
6   enough.
7   Q   And in conjunction with your position as
8   chairman of the Civil Service Commission, was it part of
9   your job to fire employees of the board of Education?
10  A   No. We have absolutely no connection with
11  them.
12  Q   So the board of Education is separate and
13  apart from it?
14  A   Totally separate by charter.
15  Q   Okay.
16  A   The point I was making, Counselor, is that we
17  have certain rules and our rules, you know, we will not
18  tolerate political influence from any source. And I let
19  Arthur know that I was a little distressed because he
20  knows, you know, the nature and character of the position
21  I held at the time, and I was very uncomfortable with that
22  sort of a conversation.
23  Q   Would your position with the commission
24  prevent you from being employed by the Winchester Board of
25  Education?

1    A    No, because if there was a connection because
2 it was not in the -- not subject to the merit system,
3 technically, I could have been an employee. But as a
4 point of consideration, I didn't care to work for the
5 Winchester Board. I already had a much nicer arrangement
6 with Northwestern, and I didn't -- and a much larger and
7 more powerful network with greater assets and a greater
8 capital plan -- so I was not interested in shopping the
9 market, if you get my drift.
10   Q    It would have been a step down for you?
11   A    Yeah, would have been.
12   Q    Okay. Now, this last conversation that we
13 just spoke about was mid-September, late September; is
14 that correct?
15   A    It would have occurred, as I said, between the
16 15th of September when I got back from Florida, after the
17 initial garage contact that I spoke of, and prior to the
18 October meeting of the board of Selectman where I
19 appeared -- Board of Education where I appeared.
20   Q    Okay. So by this time you had been involved
21 with the system in your role as a consultant for six weeks
22 to two months, somewhere in that area; six weeks maybe?
23   A    The clock had been running for that much
24 time. Whether or not I did that much until the licenses
25 got there was a different story.

1    Q    By that time, by the time of this last
2    conversation that we just spoke about with Mr. Melycher,
3    had you had an opportunity to form an opinion as to
4    Ms. Shaker's qualifications and how she was doing?
5    A    I saw that she could function and she managed
6    what she could manage at the level that they had her at.
7    I found that when I asked her to do something that was
8    related to the nature of the work I was doing, there was
9    no problem with her.
10        I found that, you know, the system was in the
11   condition it was by virtue of, actually, impact from
12   outside vendors and not so much her.
13        So it's you have to appreciate how people are
14   tasked in that set of circumstances where she would
15   physically be directed to go to various sites during the
16   course of a week, and if there was nothing wrong at a
17   particular site, you had to sit there and find something
18   to do at a particular site.
19        All I can tell you is that she possessed the
20   rudimentary skills to operate the system, not inconsistent
21   with somebody that was certified as an administrator.
22        The long and the short of it, I didn't have
23   any problems with her at all.
24   Q    Do you know what her specific duties were?
25   A    She was responsible to maintain the system in