1  terms of user accounts, repairing printers, repairing
2  machines, ordering equipment, installing software. That's
3  enough.
4      Q    And for the time that you were involved with
5  the system, did you find that she was capable of handling
6  those duties?
7      A    She seemed to be, in my exposure; from my
8  point of exposure. But I was not there as a -- she was
9  not my contemporary and I was not really involved in her
10 day-to-day work. I saw her after school was out of
11 session. I didn't go into the schools during the session
12 so it was a short period of time. But all I do know is
13 that when I asked her or to task her to do certain things,
14 those things were done.
15     Q    What kind of things would you ask her to do?
16     A    An example would be doing the inventory on a
17 group of machines in a particular location, installing
18 certain number of machines in a particular place, getting
19 the information on licensure of how many copies or give
20 her the license records on how many copies of Windows NT
21 you have or Windows 98; where is this, where is that;
22 install that all someplace, and that sort of thing.
23          So she wasn't an engineer, but she did well in
24 the environment that she had to deal with.
25     Q    Okay. And when you say "she wasn't an

1   engineer," what do you mean by that?
2        A    She -- many people, even people that are
3   involved in the day-to-day work, have difficulty
4   understanding some of the design processes and how the
5   networks act, how the servers actually communicate.
6             They're -- a good way of describing them is
7   they're aware.  They know what time it is, they know their
8   name, they know their neighbors' names, they know the
9   neighbors' phone numbers, they know what they're doing.
10  So that's a lot better than some people do as human
11  beings.
12            So these machines, being aware of each other,
13  they execute tasks to maintain that communication and
14  they're organized in a logical -- and Novell, in
15  particular -- is organized in the three-dimensional
16  state.
17            So for a person that isn't kind of really
18  geeked up, to use the phrase, some of these concepts
19  become difficult.
20       Q    Were you ever asked by either Ms. Palmer or
21  anybody on the board of Education to specifically evaluate
22  Ms. Shaker's performance?
23       A    No.
24       Q    Okay.  Did you have any further communications
25  with any board members concerning Ms. Shaker after that

1   last visit by Mr. Melycher that you just spoke about?

2       A   I had -- at the time of the meetings, there
3   was a series of comments that went back and forth.

4       Q   This is the board of Education meeting?

5       A   Yes.

6       Q   Tell me about that.

7       A   I had a written report to provide to the board
8   of Education, and it was at that time I was trying to --
9   and this is at the request of the superintendent I made
10  this appearance -- let them know the gravity and the
11  extent of the issues that they were going to have to deal
12  with in terms of providing funding or providing
13  something.

14          It was at that point in the course of the
15  public meeting that Art Melycher stated, you know, we want
16  you to come to work for us.

17          And, you know, I already have an employer.  I
18  don't care to come to work for you.  I have no interest.
19  I'm here as a consultant only.

20          With that there was a discussion, and I
21  believe that was with Mr. Fitzgerald, who was then a
22  member of the board, at which time the nature of the
23  how-things-were-run was kind of discussed.  And I believe
24  it was at that time Ms. Shaker's name came up again.

25          And my response was train her.  Send her to

1   school and train her.

2       Q    And what specifically was said about her that
3   you recall?

4       A    I think it was having to do with the -- they
5   were trying to get me to say that the nature of the
6   network and its condition were directly related to
7   Ms. Shaker's operation of the network, and which was
8   contrary to the opinion that I had formulated prior to
9   even having -- you know, at the time of my review of the
10  network, I had ascertained when certain material errors
11  were built into the network. And they were not done by
12  her. They were done by the original vendor who had
13  created the network initially.

14          Sometimes errors are built into devices and
15  software, but unless they are remediated, they actually
16  hide for a while. And when certain events take place,
17  they manifest themselves in significant failures of the
18  system. And as these systems fail out, additional issues
19  occur.

20      Q    Okay.

21      A    But what I tried to express to them was that
22  the nature of the failure of the system was not related to
23  her activity and it was beyond the scope of what she knew
24  of the network.

25          It was not a complimentary meeting.

Case 3:02-cv-01401-AWT    Document 27-5    Filed 02/09/2004    Page 5 of 13

61

```
 1       Q    Complimentary to whom?
 2       A    To me.
 3       Q    Why was that?
 4       A    I found them ham-fisted and their knowledge of
 5  what they were actually discussing rather limited.
 6       Q    Hand fisted?
 7       A    Ham-fisted.
 8       Q    What is that?
 9       A    Grasping, obvious.
10       Q    Any further communications with board members
11  or administrators relating to Ms. Shaker and her
12  performance?
13       A    I believe it was sometime in November after
14  the election and new members had taken their seats and I
15  believe that I was in the building, in the Pearson
16  building, one night, and I believe it was the November
17  meeting.  I remember being there for some period of time
18  placing user account information envelopes to give to the
19  superintendent.  These were staff accounts, sensitive
20  account information that had to be transferred by hand.
21            And it was at that point that I had just
22  finished the logical design of the new network and had
23  created all the user accounts and I was documenting the
24  entire structure, which is something we normally do, where
25  the accounts were -- all the containers are organized,
```

ALLAN REPORTING SERVICE (860) 658-0500
49 LONG VIEW DRIVE, SIMSBURY, CT 06070-2643

1   whether the system is in synchronicity.

2   There is a system of written reports that the
3   system will generate, and I remember putting this
4   document, fairly thick couple of hundred pages, probably
5   150 pages long, and highlighting the spot. And I remember
6   coming back into the Pearson media center and handing it
7   to Ms. Palmer and said, you know, your network is now --
8   the logic is now there. You can cut it over any time you
9   want. Here is a reporting of the synchronicity. Here it
10  is. Another one of these milestone events.

11  In any event, I go back into the room I was
12  working in, which was adjacent to the room that served as
13  the head -- quote/unquote, head end -- and at that point I
14  believe Ms. Shaker had come in and I met her husband. She
15  introduced me to her husband and stuff. And prior to
16  going over to Pearson that afternoon, I was told by Joe
17  Cifaldi to report to the office of the superintendent of
18  schools. You know, what do you want me over there for?
19  Pick up the phone, call me.

20  She wants to see you.

21  I said, What'd I do now. I go into her
22  office, close the door. She says, Teressa Shaker's
23  getting fired tonight at the board of Ed. I want you to
24  go over and lock her out of all the systems. Revoke all
25  her accounts. Take the controls -- you know, take her

1  accounts away from her so she didn't do anything to the
2  network.
3          I believe my comment was, Have you lost your
4  mind? Something to that effect. And there's an expletive
5  involved in it also.
6      Q   And why did you make that comment?
7      A   Because I'm not going to be there to handle
8  anything that's going on, first.
9          Second, the guy that they had brought in,
10 Mr. Cifaldi, nice guy, teacher, hasn't got a clue at that
11 moment in terms of how to operate anything.
12         Third reason is that I don't know -- because I
13 knew that there was this group or at least one member that
14 had approached me directly previously about coming up with
15 a reason to fire her, so I'm not getting in the middle of
16 this. I don't want to know nothing. I will go and lock
17 these accounts out.
18     Q   This was Ms. Palmer who told you this?
19     A   Yes.
20     Q   Did she specifically use the word "fire"?
21     A   Fire.
22     Q   And you recall that?
23     A   Yes. With clarity. I believe I said, Do you
24 really want to get involved in something like this?
25         So I shook my head, put my coat on, and walked

1   out, and I said, Boy, this is a beautiful set of
2   circumstances going on here.
3           So I go over to where there's a workroom at
4   the rear of the Pearson media center where there's
5   equipment and Joe Cifaldi had his desk and Teressa Shaker
6   had a desk over in the corner in the next room over,
7   referred to as the PPD area, or student services. So as
8   I'm walking in, Cifaldi says to me, She told you.
9           Yeah.
10          He says, You going to lock out all the
11  accounts now?
12          Yeah.
13          Well, whose name do you want me to put on the
14  system as having administrative rights other than me? He
15  says, I don't want it. I don't know what I'm doing with
16  it.
17          Well, somebody has to have administrative
18  control here. So I end up, because he doesn't want it, I
19  got to put my name in there as the administrator of this
20  network. So I'm in that building for the better part of
21  several hours and I'm finishing up this account
22  distribution, the documentation, because, quite candidly,
23  I wanted to get out of there as quickly as possible. And
24  it's at that point that I realized that Teressa Shaker has
25  been summoned before this board. She was in the company

```
 1   of her husband and someone who said they were an
 2   attorney.  Her attorney I presume.  I believe he did
 3   introduce me as her attorney.
 4           So she asked me, you know, What are you doing
 5   here?
 6           I says, I'm trying to knock out this paperwork
 7   and get out of here because, you know, I don't want to be
 8   here tonight.
 9           She says, Well, I hear they're going to fire
10   me.
11           So I raise my eyebrow, and another member of
12   the board who had just taken a seat was Joe Cadrane,
13   somebody I knew from town, and he indicated to me that
14   there was going to be -- and he's now a member and had
15   come in and visited me on occasion while I was working.
16   He indicated to me there was going to be a meeting and
17   something was going to transpire and it would impact what
18   I was doing and the board would have to open up a search
19   for a network engineer, or something to that -- something
20   to that -- somebody to handle the place.
21           In any event, in this rear conference room
22   where I was now working, which is adjacent to the work
23   area inside of PPD, which is next to Harry's office,
24   Teressa Shaker, husband, and attorney come in and sit down
25   and a conversation ensues.
```

1          And, you know, she's obviously a little upset
2  and she's, according to what she knows, she's going to be
3  terminated, or her relationship with the town is going to
4  end that night. And from what she told me, it was on the
5  basis of overtime, some sort of complaint relative to
6  overtime.
7          I had a conversation with her husband, who at
8  the time was a police officer. I believe he was in
9  Torrington, the usual cop sort of conversation. You know,
10 how you doing? Who is doing what to who. And he
11 indicates a knowledge that his wife is going to be
12 terminated. Teressa, at that time, indicates a knowledge
13 that -- a vague knowledge -- that I have had conversations
14 with people relative to her work, relative to what's going
15 to happen tonight, and I indicated in the affirmative
16 that, Yep, I have been approached by a number of people,
17 and I describe the contact with Mr. Melycher at that
18 time.
19         And her attorney was present and probably
20 overheard that conversation.
21     Q   This was on the night --
22     A   The night she was about to be -- she was going
23 into a meeting with the Board of Education and she was
24 with her husband and represented. I was not present for
25 that meeting. I have no idea what transpired there.

1         The following day, however, I stayed in that
2    room, finished what I was doing, and the board was still
3    in the public session. I wanted to elope the scene as
4    quickly as possible.
5         However, they had gone on a recess and I'm in
6    the exterior of the building talking to Art Melycher and I
7    said to him, Do you have any idea what you're getting
8    yourself into tonight? Do you have any clue how this is
9    going to come back and bite you?
10        And he went on for whatever his reasons were,
11   and a short time later we were joined by a member, I
12   believe she was Lynn Brewer, who told me, and I'll leave
13   the expletives off, I had no idea what I was talking
14   about.
15        And, you know, in terms of giving this warning
16   to Melycher, Do you have any idea, you know, what you're
17   doing here? And, you know, you come and tell me that you
18   want me to concoct some story about her being a failure,
19   you know. You offer me a job and you offend me in my own
20   home, and, you know, what do you expect me to do? And you
21   want me to be a participant in this?
22        I said, you know, You people really need to
23   have your heads examined because I'm not going to be here
24   to run this thing for you. Aside from what you're doing,
25   do you have any idea how much money -- the whole nine

1  yards.  And with that they go back inside and they have
2  their meeting.
3           The next day I come into the Winchester
4  schools and she's gone.  And the network is sitting there
5  and Joe Cifaldi is sitting there scratching his head, and
6  we had a subsequent conversation about the whole thing and
7  we just moved on.
8           I have not have had a contact of any kind with
9  either Ms. Shaker, her attorneys, whoever they might be,
10 or her husband since that time, that day.  Haven't seen
11 her; haven't heard from her.  Nothing.
12      Q   Why did you terminate your relationship with
13 the Town of Winchester?
14      A   I thought they were all full of shit, pardon
15 the vulgarity.  Really, what it comes down to is this:
16 You say one thing and do something entirely different,
17 that's your business.  I had terminated my relationship
18 with Northwestern.  I was organizing this company.  I
19 really didn't want to get involved in any of this petty
20 nonsense, and I gave my notice and that was that.
21          I advised Ms. Palmer.  After the termination
22 took place or the end of the provision of service with
23 Ms. Shaker, Judy had asked me a number of times to
24 consider taking the job and she asked me to prepare a
25 document creating a job description, minimum

```
 1    STATE OF CONNECTICUT :
                          : ss
 2    COUNTY OF HARTFORD   :

 3

 4

 5           I, Barbara C. Letson, a Notary Public, do

 6    hereby certify:

 7           That David Villa was by me duly sworn in the

 8    within-entitled cause;

 9           that said deposition was reported by me, was

10    thereafter transcribed under my direction, and is a true

11    and complete transcription of all testimony given by said

12    witness.

13           I further certify that I am not a relative,

14    counsel, or attorney of any party, or interested,

15    financially or otherwise, in this action.

16           IN WITNESS WHEREOF, I have hereunto set my

17    hand and seal at Simsbury, Connecticut, this 25th day of

18    November, 2003.

19

20

21                           _____
                             Notary Public
22                           My Commission Expires:
                             April 30, 2004
23                           License No. 00189

24

25
```