# EXHIBIT A



WRITER'S ADDRESS:
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 Fax
email: mikan@litchfieldcavo.com

October 20, 2003

<u>FOIA Request</u>
State of Connecticut
Department Labor
Wage and Workplace Standard Division
200 Folly Brook Boulevard
Wethersfield, CT 06109

    Re:  Teressa Shaker
          SS#: 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

Dear Sir or Madam:

    Under the Freedom of Information Act, we are requesting copies of your records concerning Teressa Shaker. It is our understanding that Ms. Shaker filed a claim on or about January 14, 2002. Please provide a copy of your entire file, including the statement of claim for wages, investigation and the outcome of the claim.

    Any reasonable copy charge will be honored.

    Thank you for your anticipated cooperation, and please do not hesitate to contact our office should you require additional information.

                          Very truly yours,

                          Maria D. Mikan
                          Paralegal

MDM/

| ILLINOIS | CONNECTICUT | WISCONSIN | NEW JERSEY | MASSACHUSETTS |
|---|---|---|---|---|
| 303 W. Madison St. Suite 200 Chicago, IL 60606 (312) 781-6677 (312) 781-6630 Fax | 40 Tower Lane Suite 200 Avon, CT 06001 (860) 255-5577 (860) 255-5566 Fax | 4447 North Oakland Ave. Suite 200 Shorewood, WI 53211 (414) 962-7240 (414) 962-7243 Fax | 3 South Haddon Ave. Haddonfield, NJ 08033 (C. Shimberg, Man. Atty.) (856) 428-6682 (856) 354-1656 Fax | 6 Kimball Lane Suite 100 Lynnfield, MA 01940 (781) 309-1500 (781) 246-0167 Fax |

**Connecticut Department of Labor**
*Working with you for a better future.*

**Wage And Workplace Standards Division**

Wage Payment
(860) 263-6790

Minimum Wage/Overtime
(860) 263-6790

Website
www.ctdol.state.ct.us

Working Conditions
(860) 263-6791

Public Contract Compliance
(860) 263-6790

Fax
(860) 263-6541

October 22, 2003

Ms. Maria D. Mikan
Litchfield Cavo
Attorneys at Law
40 Tower Lane, Suite 200
Avon, CT 06001

      RE: Freedom of Information Request regarding *Teressa Shaker*

Dear Ms. Mikan:

I am in receipt of your letter to the Connecticut Labor Department, received on October 21, 2003, wherein you request "copies of your records" concerning the above-captioned individual.

Please be advised that there are no records filed or pending with this agency concerning this specific individual. Should you have any questions, please feel free to contact Attorney Stephen C. Lattanzio at (860) 263-6755. Thank you for your time and consideration.

Sincerely,

Gary K. Pechie
Director

SCL/badl

C:\Steve\FOIA\LETTERS\10 22 03 Nothing Teressa Shaker.doc