# EXHIBIT B

# LITCHFIELD CAVO
Attorneys at Law

WRITER'S ADDRESS:
40 Tower Lane, Suite 200
Avon, CT 06001
(860) 255-5577
(860) 255-5566 Fax
email: mikan@litchfieldcavo.com

October 21, 2003

**FOIA Request**
United States Government
Labor Department
135 High Street
Room 210
Hartford, CT 06103

    Re:  Teressa Shaker
          SS#: 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

Dear Sir or Madam:

    Under the Freedom of Information Act, we are requesting copies of your records concerning Teressa Shaker. It is our understanding that Ms. Shaker filed a claim on or about January 14, 2002 as to the Winchester Board of Education. Please provide a copy of your entire file, including the statement of claim for wages, investigation and the outcome of the claim. We would also like a copy of the guidelines for filing a claim for the position of network administrator/computer technician.

    Any reasonable copy charge will be honored.

    Thank you for your anticipated cooperation, and please do not hesitate to contact our office should you require additional information.

                        Very truly yours,

                        Maria D. Mikan
                        Paralegal

MDM/

| ILLINOIS | CONNECTICUT | WISCONSIN | NEW JERSEY | MASSACHUSETTS |
|---|---|---|---|---|
| 303 W. Madison St. Suite 200 Chicago, IL 60606 (312) 781-6677 (312) 781-6630 Fax | 40 Tower Lane Suite 200 Avon, CT 06001 (860) 255-5577 (860) 255-5566 Fax | 4447 North Oakland Ave. Suite 200 Shorewood, WI 53211 (414) 962-7240 (414) 962-7243 Fax | 3 South Haddon Ave. Haddonfield, NJ 08033 (C. Shimberg, Man. Atty.) (856) 428-6682 (856) 354-1656 Fax | 6 Kimball Lane Suite 100 Lynnfield, MA 01940 (781) 309-1500 (781) 246-0167 Fax |

U.S. Department of Labor    Employment Standards Administration
Wage and Hour Division



Wm. R. Cotter Federal Building
135 High St., Room 210
Hartford, CT 06103
(860) 240-4160

November 6, 2003

Maria D. Miken, Paralegal
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

Dear Ms. Miken:

This is written in response to your letter dated October 21, 2003 wherein you request a copy of investigative information regarding the Winchester Board of Education. Your request was received on October 23, 2003.

This is to inform you that we have no record of any investigation of the Town of Winchester.

Please be advised that failure to cite a specific exemption as applicable to a denial of a disclosure does not constitute a waiver of such exemption.

You are further advised that to the extent your request has been denied, you may file an appeal within ninety (90) days, from the date the material is received from the requestor. The appeal shall state, in writing, the grounds for appeal including any supporting statements or agreement. The appeal should be addressed to the Solicitor of Labor, U.S. Department of Labor, Washington, D.C. 20210.

Sincerely,

Corlis L. Sellers, Disclosure Office
Regional Administrator

Enclosure