UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1401(AWT) |
| VS. | : | |
| | : | |
| WINCHESTER BOARD OF EDUCATION | : | OCTOBER 5, 2004 |

## DEFENDANT'S NOTICE OF FILING SUPPLEMANTAL AUTHORITY TO SUPPORT DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

      The defendant, Winchester Board of Education, by and through its undersigned attorneys, hereby files its Notice of Filing Supplemental Authority and requests the Court consider the decision in *Brown v. Reg'l Sch. Dist. 13*, 2004 U.S. Dist. LEXIS 15624 (D. Conn. Aug. 9, 2004) (copy attached as Exhibit A) in connection with and support of the argument stated in Section III. E. of the Defendant's Memorandum of Law in Support of Defendant's Motion for Partial Summary Judgment dated January 5, 2004.  The said supplemental authority was recently decided, after the filing of the Motion for Summary Judgment.  Upon information and belief, the Motion for Summary Judgment remains pending and trial is not yet scheduled in this action.

                                DEFENDANT,
                                WINCHESTER BOARD OF EDUCATION

                                _____

                                Deborah E. Roser (ct 24005)
                                Litchfield Cavo
                                40 Tower Lane, Suite 200
                                Avon, CT 06001
                                (860) 255-5577
                                (860) 255-5566 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true copy of the foregoing Defendant's Notice of Filing

Supplemental Authority to Support Defendant's Motion for Partial Summary Judgment was

served by regular U.S. Mail, postage prepaid, this 5th day of October, 2004, to:


John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Mark J. Sommaruga, Esquire
Sullivan, Schoen, Campagne & Connon
646 Prospect Avenue
Hartford, CT  06105


_____
Deborah E. Roser

# EXHIBIT  A