UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERESSA SHAKER                         :

    v.                                 :         CASE NO. 3:02CV1401 (AWT)

WINCHESTER BOARD OF EDUCATION          :

PARTIAL JUDGMENT

    This action came on for consideration of the defendant's motion for partial summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

    The court considered the full record of the case including applicable principles of law, and the court filed an endorsement order, which granted in part and denied in part the defendant's motion for partial summary judgment.

    The defendant's motion was granted as to both the federal and state law claims, with respect to claims for overtime pay for periods prior to August 13, 2002. The motion was granted as to the claim for retaliation for complaining about the defendant's failure to pay legally required wages. The motion was granted as to the claim for termination in violation of public policy. To the extent that the claim is based on the plaintiff's contention that she was fired for political reasons unrelated to her job performance, contrary to the spirit of the local civil service regulations, the motion was denied because genuine issues of material fact exist. The motion was granted as to the claim that the defendant subjected the plaintiff to adverse employment action because of her exercise of speech on matters of public

concern protected by the First Amendment. The motion was denied with respect to the claim for sex discrimination in violation of the Equal Protection Clause, Title VII, and Conn. Gen. Stat. § 46a-60, et seq.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant Winchester Board of Education on the following claims, and they are hereby dismissed from the amended complaint: (1) both the federal and state law claims for overtime pay for periods prior to August 13, 2002; (2) the claim for retaliation for complaining about the defendant's failure to pay legally required wages; (3) the claim for termination in violation of public policy, except as stated in the opinion; and (4) the claim that the defendant subjected the plaintiff to adverse employment action because of her exercise of speech on matters of public concern protected by the First Amendment.

The remaining claims in the amended complaint are: (1) any claim based on the plaintiff's contention that she was fired for political reasons unrelated to her job performance, contrary to the spirit of the local civil service regulations; and (2) for sex discrimination in violation of the Equal Protection Clause, Title VII, and Conn. Gen. Stat. § 46a-60, et seq.

Dated at Hartford, Connecticut, this 21st day of June, 2006.

KEVIN F. ROWE, Clerk

By _____/s/_____
     Sandra Smith
     Deputy Clerk