UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1401(AWT) |
| VS. | : | |
| | : | |
| WINCHESTER BOARD OF EDUCATION | : | JULY 5, 2006 |

### MOTION FOR SETTLEMENT CONFERENCE AND EXTENSION OF TIME

The defendant, Winchester Board of Education, by and through its undersigned attorneys, hereby files its Motion for Settlement Conference and Extension of Time and states as follows:

1. Pursuant to Local Rule 16(c), the defendant requests a conference for the purpose of discussing possibilities for settlement of the case. No settlement conference has taken place to date. The undersigned has discussed this issue with counsel for the plaintiff, and all counsel and all parties are in agreement with respect to requesting a settlement conference.

2. The defendant also requests an extension of time for the parties to jointly file a trial memorandum, pursuant to the Court's trial memorandum order filed on June 26, 2006, until sixty (60) days following the settlement conference. The undersigned has discussed this issue with counsel for the plaintiff, and counsel are in agreement with requesting an extension of time for the filing of a trial memorandum, which would be unnecessary if the case resolved at the settlement conference.

3. This is the first motion for extension filed with respect to the Court's trial management order filed on June 26, 2006.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, the defendant, Winchester Board of Education, respectfully requests the Court enter its order granting this Motion for Settlement Conference and Extension of Time as more particularly set forth herein.

DEFENDANT,
WINCHESTER BOARD OF EDUCATION


 /s/_____
Deborah E. Roser (ct 24005)
Litchfield Cavo
40 Tower Lane, Suite 200
Avon, CT 06001
PH: (860) 255-5577
FX: (860) 255-5566

## ORDER

The foregoing Motion for Settlement Conference and Extension of Time, having been presented and heard the same, it is hereby:

**GRANTED / DENIED**

This \_\_\_\_\_ day of _____, 2006

       BY THE COURT (      , J.)


       _____
       Judge/Clerk

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion for Settlement Conference and Extension of Time was served by U.S. mail, postage prepaid, this 5th day of July 2006, to:

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Mark J. Sommaruga, Esquire
Sullivan, Schoen, Campagne & Connon
646 Prospect Avenue
Hartford, CT  06105

/s/ _____
Deborah E. Roser

# EXHIBIT A