UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1401(AWT) |
| VS. | : | |
| | : | |
| WINCHESTER BOARD OF EDUCATION | : | SEPTEMBER 27, 2006 |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM PENDING SETTLEMENT CONFERENCE

The defendant, Winchester Board of Education, by and through its undersigned attorneys, hereby files its Second Motion for Extension of Time to File Joint Trial Memorandum Pending Settlement Conference and states as follows:

1. On July 5, 2006, the defendant filed, with the plaintiff's consent, a Motion for Settlement Conference and Extension of Time, whereby the defendant requested a settlement conference and an extension of time for the parties to file a joint trial memorandum.

2. On July 7, 2006, the Court (Thompson, J.), by Electronic Order, granted in part and denied in part the Motion. By its Order, the Court referred the case to Magistrate Judge Donna F. Martinez for a settlement conference and ordered that the parties' joint trial memorandum be filed on or before October 6, 2006. The Court also stated that "[i]f the parties need additional time to file their joint trial memorandum due to the timing of the settlement conference, they should renew their motion for extension of time."

3. The parties have been, and currently are in discussions to coordinate a date for the settlement conference. After filing their Joint Mediation Report, due to trial schedules, vacations

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

and the like, the parties were unable to coordinate a date for September or October 2006 and have inquired of Magistrate Judge Martinez of the availability of November 9, 2006 as a date for the settlement conference.

    4.    Given that the settlement conference apparently will not take place until at least November 2006, the parties will need additional time to file their joint trial memorandum due to the timing of the settlement conference, and an additional extension therefor is requested. The undersigned has conferred with the plaintiff's counsel regarding this request, and the plaintiff consents to this motion.

    WHEREFORE, the defendant, Winchester Board of Education, respectfully requests the Court enter its order granting this Second Motion for Extension of Time to File Joint Trial Memorandum Pending Settlement Conference as more particularly set forth herein.

DEFENDANT,
WINCHESTER BOARD OF EDUCATION

/s/ Deborah E. Roser
Deborah E. Roser (ct 24005)
Peter J. Ponziani (ct 05265)
Litchfield Cavo LLP
40 Tower Lane, Suite 200
Avon, CT 06001
PH: (860) 255-5577
FX: (860) 255-5566

## ORDER

The foregoing Second Motion for Extension of Time to File Joint Trial Memorandum Pending Settlement Conference, having been presented and heard, the same is hereby:

### GRANTED / DENIED

This _____ day of _____, 2006

                               BY THE COURT ( _____ , J.)

 

_____
                                     Judge/Clerk

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Second Motion for Extension of Time to File Joint Trial Memorandum Pending Settlement Conference was served by U.S. mail, postage prepaid, this 27th day of September 2006, to:

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Mark J. Sommaruga, Esquire
Sullivan, Schoen, Campagne & Connon
646 Prospect Avenue
Hartford, CT  06105

                                                     *Deborah E. Roser* (signature)
                                                     Deborah E. Roser