UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TERESA SHAKER

   v.                                              Case Number: 3:02cv1401 (AWT)

WINCHESTER BOARD OF EDUCATION

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on November 30, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 30, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, November 30, 2006.

KEVIN F. ROWE, CLERK

By: \_\_\_\_\_/s/_____
    Robert K. Wood
    Deputy Clerk