UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TERESSA SHAKER | : | |
| VS. | : | NO. 3:02CV1401(AWT) |
| WINCHESTER BOARD OF EDUCATION | : | DECEMBER 4, 2006 |

**MOTION TO DISMISS**

The plaintiff moves to dismiss this action with prejudice and without costs, on consent, the case having been settled by the parties with the assistance of Magistrate Judge Martinez.

THE PLAINTIFF

BY:_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/
                                JOHN R. WILLIAMS